# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 04-03057-03-CR-S-FJG |
| Juan H. Gonzalez, | ) | |
|     Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On May 2, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant Juan H. Gonzalez to forfeit the following property:

$17,630.00 in United States currency seized from the defendant on February 14, 2004;

Approximately $9,700.00 in United States currency seized from the defendant on March 23, 2004; and

Approximately $1,226.00 in United States currency seized from the defendant on April 2, 2004.

The United States caused to be published in the *Springfield News-Leader*, a daily newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

No timely claim has been filed.

The Court finds that defendant Juan H. Gonzalez had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That the United States currency in the amount of $17,630.00 seized from the defendant on February 14, 2004;

Approximately $9,700.00 in United States currency seized from the defendant on March 23, 2004; and

Approximately $1,226.00 in United States currency seized from the defendant on April 2, 2004; is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(n).

**IT IS FURTHER ORDERED THAT** all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED THAT** the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Cynthia J. Hyde, Assistant U.S. Attorney 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

**IT IS SO ORDERED**.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: October 3, 2005
Kansas City, Missouri